IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CODY RAWLS, PERSONALLY, AND
JERRY RAWLS, AS NEXT FRIEND AND
PERSONAL REPRESENTATIVE OF
CODY RAWLS ESTATE;
AND ROY DELL JOHNSON                                                                PLAINTIFFS

V.                                          CASE NO. 09-CV-1037

UNION PACIFIC RAILROAD
COMPANY, ALFRED BROWN,
STEVE HOLFORD                                                                       DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion for Remand filed by Cody Rawls, Jerry Rawls, and Dell Johnson. (Doc. 7). Defendants have responded. (Doc. 9). Plaintiffs have filed a reply to Defendants' response. (Doc. 10). For reasons discussed in the Memorandum Opinion, the Court finds that Plaintiffs' Motion for Remand back to the Circuit Court of Columbia County, Arkansas, should be and hereby is **DENIED**.

IT IS SO ORDERED, this 9th day of March, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge